396 A.2d 20

Commonwealth v. Cotto, Appellant.

516

Submitted September 12, 1977. Chester A. Reybitz, Chief Public Defender, for appellant; John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.